IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT P. GUTIERREZ,

    Plaintiff,

v.                              No. 1:21-cv-00073 KK/SCY

UNI TRANS, LLC and
OTABEK SAYDIEV,

    Defendants.

## DEFENDANT UNI TRANS, LLC'S ANSWER TO COMPLAINT FOR PERSONAL INJURIES AND MONEY DAMAGES

COMES NOW Defendant Uni Trans, LLC, by and through its attorneys of record, O'BRIEN & PADILLA, P.C., by Daniel J. O'Brien, and for its Answer to the Complaint for Personal Injuries and Money Damages states as follows:

    1.    This Defendant admits the allegations contained in paragraph 1 of the Complaint.

    2.    This Defendant admits the allegations contained in paragraph 2 of the Complaint.

    3.    This Defendant denies the allegations contained in paragraph 3 of the Complaint.

    4.    This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 4 of the Complaint and, therefore, denies same and demand strict proof thereof.

    5.    This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 5 of the Complaint and, therefore, denies same and demand strict proof thereof.

6. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 6 of the Complaint and, therefore, denies same and demand strict proof thereof.

7. In response to the allegations contained in paragraph 7 of the Complaint, this Defendant admits that jurisdiction and venue are properly with the United States District Court.

## GENERAL FACTUAL ALLEGATIONS

8. In response to paragraph 8 of the Complaint, this Defendant incorporates its responses to the preceding paragraphs as set forth above.

9. This Defendant admits the allegations contained in paragraph 9 of the Complaint.

10. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 10 of the Complaint and, therefore, denies same and demands strict proof thereof.

11. In response to paragraph 11 of the Complaint, this Defendant admits that Saydiev was operating a 2020 Volvo tractor -trailer, owned and maintained by Defendant Uni Trans. This Defendant denies the remaining allegations contained in paragraph 11 of the Complaint and demands strict proof thereof.

12. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 12 of the Complaint and, therefore, denies same and demands strict proof thereof.

13. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 13 of the Complaint and, therefore, denies same and demands strict proof thereof.

14. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 14 of the Complaint and, therefore, denies same and demands strict proof thereof.

## COUNT I
## NEGLIGENCE AND NEGLIGENCE PER SE
## DEFENDANT SAYDIEV

15. In response to paragraph 15 of the Complaint, this Defendant incorporates its responses to the preceding paragraphs as set forth above.

16. The allegations contained in paragraph 16 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 16 and, therefore, denies same and demands strict proof thereof.

17. The allegations contained in paragraph 17 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 17 and, therefore, denies same and demands strict proof thereof.

18. The allegations contained in paragraph 18 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 18 and, therefore, denies same and demands strict proof thereof.

19. The allegations contained in paragraph 19 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 19 and, therefore, denies same and demands strict proof thereof.

20. The allegations contained in paragraph 20 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 20 and, therefore, denies same and demands strict proof thereof.

21. The allegations contained in paragraph 21 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 21 and, therefore, denies same and demands strict proof thereof.

22. The allegations contained in paragraph 22 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 22 and, therefore, denies same and demands strict proof thereof.

23. The allegations contained in paragraph 23 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 23 and, therefore, denies same and demands strict proof thereof.

24. The allegations contained in paragraph 24 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 24 and, therefore, denies same and demands strict proof thereof.

25. The allegations contained in paragraph 25 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 25 and, therefore, denies same and demands strict proof thereof.

26. The allegations contained in paragraph 26 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 26 and, therefore, denies same and demands strict proof thereof.

27. The allegations contained in paragraph 27 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 27 and, therefore, denies same and demands strict proof thereof.

28. The allegations contained in paragraph 28 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 28 and, therefore, denies same and demands strict proof thereof.

29. The allegations contained in paragraph 29 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 29 and, therefore, denies same and demands strict proof thereof.

30. The allegations contained in paragraph 17 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 17 and, therefore, denies same and demands strict proof thereof.

31. The allegations contained in paragraph 30 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 31 and, therefore, denies same and demands strict proof thereof.

32. The allegations contained in paragraph 32 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 32 and, therefore, denies same and demands strict proof thereof.

33. This Defendant is without sufficient information to admit or denies the allegations contained in paragraphs 33, 33a. 33b., 33c., 33d., 33e., 33f., 33g., 33h., 33i., 33j., 33k., 33l., 33m., 33n., and 33o. of the Complaint and, therefore, denies same and demands strict proof thereof.

34. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 34 of the Complaint and, therefore, denies same and demands strict proof thereof.

35. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 35 of the Complaint and, therefore, denies same and demands strict proof thereof.

36. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 36 of the Complaint and, therefore, denies same and demands strict proof thereof.

37. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 37 of the Complaint and, therefore, denies same and demands strict proof thereof.

38. The allegations contained in paragraph 38 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 38 and demands strict proof thereof.

## COUNT II
### NEGLIGENCE, NEGLIGENCE *PER SE,* AND JOINT AND SEVERAL LIABILITY
### DEFENDANT UNI TRANS

39. In response to paragraph 39 of the Complaint, this Defendant incorporates its responses to the preceding paragraphs as set forth above.

40. The allegations contained in paragraph 40 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 40 and, therefore, denies same and demands strict proof thereof.

41. The allegations contained in paragraph 41 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 41 and, therefore, denies same and demands strict proof thereof.

42. The allegations contained in paragraph 42 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 42 and, therefore, denies same and demands strict proof thereof.

43. The allegations contained in paragraph 43 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 43 and, therefore, denies same and demands strict proof thereof.

44. The allegations contained in paragraph 44 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 44 and, therefore, denies same and demands strict proof thereof.

45. The allegations contained in paragraph 45 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 45 and, therefore, denies same and demands strict proof thereof.

46. The allegations contained in paragraph 46 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant is without sufficient information to admit or denies the allegations contained in paragraph 46 and, therefore, denies same and demands strict proof thereof.

47. The allegations contained in paragraph 47 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 47 and demands strict proof thereof.

48. This Defendant is without sufficient information to admit or denies the allegations contained in paragraph 48 and, therefore, denies same and demands strict proof thereof.

49. The allegations contained in paragraph 49 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 49 and demands strict proof thereof.

50. The allegations contained in paragraph 50 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 50 and demands strict proof thereof.

51. The allegations contained in paragraph 51 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 51 and demands strict proof thereof.

52. The allegations contained in paragraph 52 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 52 and demands strict proof thereof.

53. The allegations contained in paragraph 53 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 53 and demands strict proof thereof.

54. The allegations contained in paragraph 54 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 54 and demands strict proof thereof.

55. The allegations contained in paragraph 55 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 55 and demands strict proof thereof.

56. The allegations contained in paragraph 56 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 56 and demands strict proof thereof.

57. The allegations contained in paragraph 57 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 57 and demands strict proof thereof.

58. The allegations contained in paragraph 58 of the Complaint call for a legal conclusion and, therefore no response is necessary. To the extent a response is required, this Defendant denies the allegations contained in paragraph 58 and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

Discovery and investigation may reveal that one or more of the following defenses should be available to this Defendant in this matter. This Defendant accordingly reserves the right to assert these separate defenses. If the facts warrant, this Defendant may withdraw any of these defenses. Defendant further reserves the right to amend their answer and defenses, and to assert additional defenses and other claims, as discovery proceeds. Further answering, and by way of defense, Defendant states as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted regarding the claim for strict liability for inherently dangerous activities.

## SECOND AFFIRMATIVE DEFENSE

This Defendant states that if it was at fault in any respect, then the negligence of all persons and entities, including that of the Plaintiff, if any, must be considered and liability apportioned among all persons and entities at fault to the extent they may be found to be at fault.

### THIRD AFFIRMATIVE DENSE

Plaintiff may have failed to mitigate his damages.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred by the First, Eight, and Fourteenth Amendments to the Constitution of the United States of America, as well as Article II, section 10; Article II, section 13; and Article II, section 19 of the Constitution of the State of New Mexico. Under the facts of this case a demand for punitive damages is not justified and an award of punitive damages would constitute a denial of equal protection, a denial of due process and/or the imposition of an excessive fine.

### FIFTH AFFIRMATIVE DEFENSE

Defendant Uni Trans, LLC did not authorize or ratify the conduct of the driver as alleged in the Complaint thereby barring punitive damages against it.

### JURY DEMAND

This Defendant hereby demands a trial by a 12-person jury.

WHEREFORE, Defendant Uni Trans, LLC request that this Court dismiss with prejudice the Complaint for Personal Injuries and Money Damages and award Defendant costs and fees and such further and other relief as the Court deems proper.

Respectfully submitted,

O'BRIEN & PADILLA, P.C.


By: */s/Daniel J. O'Brien*
    DANIEL J. O'BRIEN
    6000 Indian School Rd. NE, Suite 200
    Albuquerque, NM 87110-4179
    (505) 883-8181
    (505) 883-3232 fax
    dobrien@obrienlawoffice.com
    *Attorneys for Defendant Uni Trans, LLC*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of February 2021, I filed the foregoing *Notice of Removal* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Chad Inderman
Kevin Parish
GLASHEEN, VALLES & INDERMAN, LLP
1302 Texas Avenue, Lubbock, TX 79401
P O Box 1976
Lubbock, TX 79408
inderman@gvilaw.com
kevin.parish@gvilaw.com
*Attorneys for Plaintiff*


*/s/ Daniel J. O'Brien*
  DANIEL J. O'BRIEN