IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

_____

BOBBY GUITERREZ, *as*
*Personal Representative of the Estate of*
*Robert P. Gutierrez*,

       Plaintiff,

    v.                                      No. 1:21-cv-00073-KWR-SCY

UNI TRANS, LLC, UNITRANS, LLC, and
CEVA LOGISTICS U.S., Inc.,

       Defendants.

## ORDER DENYING MOTION FOR CONTEMPT

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Contempt (**Doc. 112**).  Having reviewed the parties' papers and the applicable law, the Court finds that the motion is **NOT WELL TAKEN**, and therefore is **DENIED.**

Plaintiff asserts he served a subpoena for production of documents on non-party Ryder Truck Rental Inc..  **Doc. 87.**  Plaintiff alleged that Ryder failed to respond to the subpoena.  *Id*.  The Court issued an order directing Ryder to show cause why it should not be held in contempt of court for failure to respond to the subpoena.  **Doc. 103**.  Subsequently, Plaintiff requested that the Court find Ryder Truck Rental, Inc., in contempt of the Court's order to show cause.  **Doc. 112.**  Ryder responded on May 13, 2022, stating that it has given Plaintiff "all responsive documents in its possession…" **Doc. 122 at 1.**  Plaintiff has not replied or disputed Ryder's representations to the Court.  Therefore, the Court will quash the order to show cause and deny Plaintiff's Motion for Contempt.

**IT IS SO ORDERED.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**