IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BOBBY GUTIERREZ, in his capacity as Wrongful
Death Personal Representative of the Estate of
ROBERT P. GUTIERREZ,**

    **Plaintiff,**

v.                                                No. 1:21-cv-00073-KWR-SCY

**UNI TRANS, L.L.C, UNITRANS, L.L.C.,
CEVA LOGISTICS U.S., INC., and
SHAMROCK TRADING CORPORATION,**

    **Defendants.**

## **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT UNITRANS, L.L.C.**

Plaintiff Bobby Gutierrez ("Mr. Gutierrez") by and through his counsel of record, Will Ferguson & Associates (Corinne L. Holt), pursuant to Fed. R. Civ. 37(A)(i) hereby respectfully requests that this Court enter an Order granting Plaintiff default judgment against Defendant Unitrans, L.L.C. In support of this Motion, Mr. Gutierrez states as follows:

    1.      The First Amended Complaint against Defendant Unitrans, L.L.C., was filed November 3, 2021, *See* [Doc. 80].

    2.      Pursuant to Fed. R. Civ. 4, Plaintiff caused a copy of the Summons and the First Amended Complaint to be served upon Defendant Unitrans, L.L.C., to its registered agent at 6100 Oak Tree Blvd., in Independence, Ohio on November 15, 2021. *See* Certificate of Service [Doc. 119 and 119.1]

    2.      Pursuant to Fed. R. Civ. 4, Plaintiff caused a copy of the Summons and the First Amended Complaint to be personally served upon Defendant Unitrans, L.L.C., to its registered

1

agent, Aye Aye Mar, at 4690 Nottingham Lane in Stow, Ohio on January 19, 2023, *See* Proof of Service [Doc. 220]

3. Fed. R. Civ. 37(A)(i) requires a defendant to serve an answer to the complaint or other responsive pleading within thirty (21) days after service of the summons and complaint. Defendant Unitrans, L.L.C., answer was therefor due on February 9, 2023. As of the date of filing herein Defendant Unitrans, L.L.C. has not filed an answer to the First Amended Complaint.

4. Through the date of the filing here in, Defendant Unitrans, L.L.C., has not entered an appearance in this action. *See* Clerk's Entry of Default [Doc. 230].

5. Concurrence was sought on this motion from counsel for Defendant Uni Trans, L.L.C. Defendant Uni Trans, L.L.C. opposes this motion.

6. Concurrence was sought on this motion from counsel for Defendant CEVA Logistics, Inc. Defendant CEVA Logistics, Inc. does not oppose this motion.

WHEREFORE, Plaintiff respectfully request that this Court enter an Order Granting Plaintiff Motion for Default Judgment against Defendant Unitrans, L.L.C. finding it is an alter-ego of Defendant Uni Trans, L.L.C. and, as such, is jointly and severally liable for any and all damage amounts awarded against Defendant Uni Trans, L.L.C. in this matter.

Respectfully Submitted:

WILL FERGUSON & ASSOCIATES

By: */s/ Corinne L. Holt*
CORINNE L. HOLT
1720 Louisiana Blvd. NE., Suite 100
Albuquerque, New Mexico 87110
Phone: (505) 243-5566
Fax: (505) 243-5699
corinne@fergusonlaw.com
*Attorneys for Plaintiff*

I HEREBY CERTIFY on March 15, 2023, a true copy of the foregoing pleading was filed electronically through the CM/ECF system, which caused a copy of same to be served by electronic means to counsel of record and served via Certified mail to:

UNITRANS, L.L.C.
Registered Agent: Aye Aye Mar
6100 Oak Tree Boulevard, Suite 200
Independence, Ohio 44131


*/s/ Corinne L. Holt*
CORINNE L. HOLT