IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BOBBY GUTIERREZ, in his capacity as Wrongful
Death Personal Representative of the Estate of
ROBERT P. GUTIERREZ,**

    Plaintiff,

v.   No. 1:21-cv-00073-KWR-SCY

**UNI TRANS, L.L.C, UNITRANS, L.L.C.,
and CEVA GROUND, US, LP,**

    **Defendants.**

**STIPULATED ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
THE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT
CEVA LOGISTICS U.S., INC.'S MOTION FOR SUMMARY JUDGMENT**

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion to Extend the deadline for Plaintiff and Defendant Uni Trans, L.L.C. Responses to Defendant CEVA Logistics U.S. Inc.'s Motion for Summary Judgment [Doc. 245]. The Court, having reviewed the Motion and being fully advised in the premises finds as follows:

**IT IS THEREFORE ORDERED** that:

Plaintiff and Defendant Uni Trans, L.L.C. shall file their responses to Defendant CEVA's Motion for Summary Judgment no later than March 30, 2023.

    **IT IS SO ORDERED.**

                                                   **KEA W. RIGGS
                                                  UNITED STATES DISTRICT JUDGE**

Prepared by:

WILL FERGUSON & ASSOCIATES

By: */s/ Corinne L. Holt*
CORINNE L. HOLT
1720 Louisiana Blvd. NE., Suite 100
Albuquerque, New Mexico 87110
Phone: (505) 243-5566
Fax: (505) 243-5699
corinne@fergusonlaw.com
*Attorneys for Plaintiff*

Approved by:

| O'BRIEND & PADILLA, P.C. | LOBER, GREENFILED & POLITO, LLP |
|---|---|
| *Electronically approved March 14, 2023* | *Electronically approved March 14, 2023* |
| Daniel J. O'Brien | Louis W. Horowitz |
| Richard M. Padilla | William C. Nelson |
| 6000 Indian School Rd. NE, Suite 200 | 100 Sun Ave. NE, Suite 650 |
| Albuquerque, New Mexico 87110-4179 | Albuquerque, New Mexico 87109 |
| Tel: (505) 883-8181 | Tel: 800-291-3062 |
| Fax: (505) 883-3232 | lhorowitz@lorberlaw.com |
| dobrien@obrienlawoffice.com | wnelson@lorberlaw.com |
| rpadilla@obrienlawoffice.com | *Attorneys for Defendant CEVA Logistics,* |
| *Attorneys for Defendant Uni Trans, L.L.C.* | *U.S., Inc.* |