IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOBBY GUTIERREZ, in his capacity as Wrongful
Death Personal Representative of the Estate of
ROBERT P. GUTIERREZ,

    Plaintiff,

v.                                                  No. 1:21-cv-00073-KWR-SCY

UNI TRANS, L.L.C, UNITRANS, L.L.C., CEVA
LOGISTICS U.S., INC., and CEVA GROUND US, LP,
    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS FOR HIS EXHIBITS TO HIS RESPONSE TO DEFENDANT CEVA LOGISTICS, U.S., INC.'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having come before the Court on Plaintiff's Motion to Exceed Page Limits for his exhibits to his *Response to Defendant CEVA Logistics, U.S., Inc's Motion for Summary Judgment,* the Court having reviewed the Motion, **FINDS** it is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ADJUDGED AND DECREED** that Plaintiff is permitted to file his exhibits that exceeds fifty [50] pages but does not exceed two hundred [200] pages to his *Response to Defendant CEVA Logistics, U.S., Inc's Motion for Summary Judgment*.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**PREPARED BY:**

*/s/ Corinne L. Holt*
Corinne L. Holt
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd. N.E., Suite 100
Albuquerque, New Mexico 87110
Tel: (505) 243-5566
Fax: (505) 243-5699
corinne@fergusonlaw.com
*Attorney for Plaintiff*


**APPROVED BY:**

O'BRIEND & PADILLA, P.C.

*Electronically approved Mar. 30, 2023*
Daniel J. O'Brien
Richard M. Padilla
6000 Indian School Rd. NE, Suite 200
Albuquerque, New Mexico 87110-4179
Tel: (505) 883-8181
Fax: (505) 883-3232
dobrien@obrienlawoffice.com
rpadilla@obrienlawoffice.com
*Attorneys for Defendant Uni Trans, L.L.C.*

LOBER, GREENFILED & POLITO, LLP

*Electronically approved Mar. 30, 2023*
Louis W. Horowitz
100 Sun Ave. NE, Suite 650
Albuquerque, New Mexico 87109
Tel: 800-291-3062
lhorowitz@lorberlaw.com
*Attorneys for Defendant CEVA Logistics, U.S., Inc.*