IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOBBY GUTIERREZ, in his capacity as Wrongful
Death Personal Representative of the Estate of
ROBERT P. GUTIERREZ,

      Plaintiff,

v.                                                            No. 1:21-cv-00073-KWR-SCY

UNI TRANS, L.L.C., UNITRANS, L.L.C., and
CEVA LOGISTICS, U.S., INC.
      Defendants.

## ORDER GRANTING DEFENDANT CEVA LOGISTICS, U.S., INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO REPLY TO RESPONSES TO DEFENDANT CEVA LOGISTICS U.S., INC.'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having come before the Court on Defendant CEVA Logistics, U.S. Inc.'s Unopposed Motion to Extend the Deadline [Doc. 263] to file its reply to Plaintiff Bobby Gutierrez' Response to Defendant CEVA Logistics U.S., Inc's Motion for Summary Judgment [257] and Defendant Uni Trans, L.L.C.'s Response to Defendant CEVA Logistics U.S., Inc.'s Motion for Summary Judgment (Doc. 236) [258]. The Court, having received the Motion and being fully advised in the premises **FINDS AS FOLLOWS:**

    **IT IS THEREFORE ORDERED** that:

Defendant CEVA Logistics, U.S., Inc. **SHALL FILE** its reply on or before April 27, 2023.

    **IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                            **UNITED STATES DISTRICT JUDGE**

**PREPARED BY:**

LORBER, GREENFIELD & POLITO, LLP

By: */s/Louis W. Horowitz*
Louis W. Horowitz, F.B.N. 14-7
100 Sun Ave. NE, Suite 650
Albuquerque, New Mexico 87109
T: (800) 291-3062
F: (505) 213-0144
lhorowitz@lorberlaw.com
*Counsel for Defendant CEVA*
*Logistics, U.S., Inc.*


**APPROVED BY:**

| WILL FERGUSON & ASSOCIATES | O'BRIEN & PADILLA, P.C. |
|---|---|
| *Electronically approved April 11, 2023* | *Electronically approved April 11, 2023* |
| Corrine L. Holt, Esq. | Daniel J. O'Brien, Esq. |
| 1720 Louisiana Blvd. NE., Suite 100 | 6000 Indian School Road N.E., Suite 200 |
| Albuquerque, New Mexico 87110 | Albuquerque, NM 87110 |
| T: (505) 243-5566 | T: (505) 883-8181 |
| F: (505) 243-5699 | F: (505) 883-3232 |
| corinne@fergusonlaw.com | dobrien@obrienlawoffice.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Uni Trans L.L.C.* |