# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BOBBY GUTIERREZ, *as*
*Personal Representative of the Estate of*
*Robert P. Gutierrez*,

      Plaintiff,

      v.                                                        No. 1:21-cv-00073-KWR-SCY

UNI TRANS, LLC, UNITRANS, LLC, and
CEVA LOGISTICS U.S., Inc.,

      Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on Judge Yarbrough's Order Certifying Facts Pursuant to 28 U.S.C. § 636(e)(6). **Doc. 275**. Having considered the certification of facts and otherwise fully advised the Court finds that this matter should be set for a hearing for Defendant Uni Trans, LLC to show cause why it should not be adjudged in contempt of court for the reasons stated in Judge Yarbrough's certified facts. *See* **Doc. 275.**

As explained by Judge Yarbrough, Defendant failed to comply with multiple court orders. **Doc. 275.** Defendant shall comply with the Court's discovery orders or show cause why Defendant should not be held in contempt and sanctioned appropriately.

**IT IS THEREFORE ORDERED** that Defendant Uni Trans, LLC's representative and counsel shall appear before the Court to show cause why it should not be held in contempt on **Thursday, July 27, 2023, at 11:00 a.m. (local time)** via Zoom videoconferencing. Failure to appear may result in the Court adopting the certified facts as undisputed and finding Defendant in contempt.

2

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**